CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC 0 5 2019

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID WAYNE RATLIFF, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:19cv00593 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| PULASKI COUNTY, | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Plaintiff David Wayne Ratliff, a Virginia inmate proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983. By order entered October 28, 2019, the court conditionally filed this action, advised Ratliff that his complaint failed to state a claim against the named defendant, and directed him to file an amended complaint. [See ECF No. 8.] The court further advised Ratliff that failure to file an amended complaint within the time allotted would result in dismissal of the complaint. Id. Ratliff did not respond to the court's order. Accordingly, I will dismiss Ratliff's complaint without prejudice. Ratliff is advised that he may refile his claims in a separate action, subject to the applicable statute of limitations.

ENTERED this 5th day of Dec., 2019.

/s/ Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE